[No. 48593-8-I. Division One. October 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JON LANE,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 00-1-08315-3, Douglas D. McBroom, J., entered
May 16, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48999-2-I. Division One. October 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER M.
JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 01-1-00601-5, David F. Hulbert, J.,
entered August 6, 2001. *Affirmed* by unpublished per
curiam opinion.

[No. 49001-0-I. Division One. October 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. A.A.E., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-8-01439-2, Julie Spector, J., entered July 15,
2001. *Affirmed* by unpublished per curiam opinion.

[No. 49084-2-I. Division One. October 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. M.K., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-8-01438-4, Nicole MacInnes, J., entered
August 22, 2001. *Affirmed* by unpublished opinion per
Schindler, J., concurred in by Baker and Agid, JJ.